### CRANE & COMPANY *v.* McKINSTRY.

BECK, J. 1. No material error is shown in any of the rulings of the court made pending the trial, and the charges excepted to are not erroneous for any of the reasons assigned.

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*
SEPTEMBER 23, 1914.

Complaint. Before Judge Bell. Fulton superior court. July 3, 1913.

*Westmoreland Brothers,* for plaintiffs in error.
*Moore & Branch,* contra.